# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman First Class RYAN T. CLARK
### United States Air Force

### ACM S32201 (f rev)

### 08 December 2014

Sentence adjudged 2 October 2013 by SPCM convened at Dyess Air Force Base, Texas. Military Judge: Matthew S. Ward (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 2 months, forfeiture of $1,010.00 per month for 3 months, and reduction to E-1.

Appellate Counsel for the Appellant: Major Nicholas D. Carter.

Appellate Counsel for the United States: Lieutenant Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and CONTOVEROS
Appellate Military Judges

OPINION OF THE COURT

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Air Force Rule of Practice and Procedure 18.4.

PER CURIAM:

This case is before our court for further review because the original action was erroneous. *See United States v. Clark*, ACM S32201 (A.F. Ct. Crim. App. 11 September 2014) (unpub. op.). This court returned the record of trial to The Judge Advocate General for remand to the convening authority for withdrawal of the erroneous action and substitution of a corrected action. On 9 October 2014, the convening authority withdrew the erroneous action in accordance with our decision and issued a corrected action. A corrected court-martial order followed.

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM S32201 (f rev)